1  HUNTER PYLE, SBN 191125
   JOHN J. DARIN, SBN 323730
2  **HUNTER PYLE LAW**
   505 14th Street, Suite 600
3  Oakland, California 94612
4  Telephone: (510) 444-4400
   Facsimile: (510) 444-4410
5  Email(s):  hunter@hunterpylelaw.com;
              jdarin@hunterpylelaw.com
6
7  Attorneys for Plaintiff

8  *Additional Counsel listed on the following page*

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

| NESTOR MANAS, | Case No.  3:23-cv-03094-EMC |
|---|---|
| Plaintiff, | *[Assigned to the Honorable Edward C. Chen; Courtroom 5, 17th Floor]* |
| v. | |
| TARGET CORPORATION, and DOES 1-20, inclusive, | **JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; RELATED STIPULATION PER FRCP 41(a)(1)(A)(ii);** [PROPOSED] **ORDER** |
| Defendant. | Date Action Filed:    June 22, 20223 |

1  SEYFARTH SHAW LLP
   Mandana Massoumi (SBN 191359)
2  mmassoumi@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067
4  Telephone:    (310) 277-7200
   Facsimile:    (310) 201-5219
5
   Michelle L. DuCharme (SBN 285572)
6  mducharme@seyfarth.com
   400 Capitol Mall, Suite 2350
7  Sacramento, California 95814
8  Telephone:    (916) 498-7028
   Facsimile:    (916) 558-4839
9
   Everett J. McLean, II (SBN 335189)
10 emclean@seyfarth.com
   560 Mission Street, 31st Floor
11 San Francisco, California 94105
12 Telephone:    (415) 397-2823
   Facsimile:    (415) 397-8549
13
   Attorneys for Defendant,
14 TARGET CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Manas v. Target Corporation*- 3:23-cv-03094-EMC
JOINT REQUEST FOR DISMISSAL WITH PREJUDICE; STIPULATION;
[PROPOSED] ORDER

**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; RELATED STIPULATION PER FRCP 41(a)(1)(A)(ii)**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff NESTOR MANAS ("Plaintiff"), by and through his attorneys of record, hereby requests this Court to dismiss this action with prejudice. Pursuant to FRCP 41(a)(1)(A)(ii), Defendant TARGET CORPORATION ("Defendant") by and through its attorneys of record, represent Defendant's non-objection to Plaintiff's request to dismiss his case with prejudice, and thus Defendant hereby stipulates to the same. The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 10, 2023         HUNTER PYLE LAW

By: /s/ John J. Darin
    Hunter Pyle
    John J. Darin

Attorneys for Plaintiff

Dated: November 10, 2023         SEYFARTH SHAW LLP

By: /s/ Michelle L. DuCharme
    Mandana Massoumi
    Michelle L. DuCharme
    Everett J. McLean, II

Representing Defendant

- 1 -

*Manas v. Target Corporation*- 3:23-cv-03094-EMC
JOINT REQUEST FOR DISMISSAL WITH PREJUDICE; STIPULATION;
[PROPOSED] ORDER

**ATTESTATION OF E-FILED SIGNATURE**

I, Michelle DuCharme, am the ECF User whose ID and password are being used to file this Joint Request for Dismissal with Prejudice of Entire Action, Related Stipulation per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Proposed Order. In compliance with Northern District Civil Local Rule 5-1(h)(3), I attest that John Darin has read and approved this pleading and consented to its filing in this action.

Dated: November 10, 2023              Respectfully submitted,

                                      SEYFARTH SHAW LLP


                                      By: /s/ Michelle L. DuCharme
                                          Michelle L. DuCharme

**ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 17, 2023

_____
UNITED STATES DISTRICT JUDGE

- 3 -

*Manas v. Target Corporation* - 3:23-cv-03094-EMC
JOINT REQUEST FOR DISMISSAL WITH PREJUDICE; STIPULATION;
[PROPOSED] ORDER